IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01281-WJM-MEH

KRISTEI R. JONES,
LAURA J. JONES,
GARY L. ADLER,
MARTHA ADLER, and
MARJORIE A. ANDERSON,

      Plaintiffs,

v.

MARQUIS PROPERTIES, LLC,
RICK CLATFELTER, and
CHAD DEUCHER,

      Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 6, 2015.**

      Plaintiffs' Motion to Vacate and Re-Set Scheduling Conference [filed August 5, 2015; docket #11] is **granted in part and denied in part**.

      The Court **grants** the request to re-set the Scheduling Conference based on Plaintiffs' counsel having a previously scheduled deposition to attend, but the Court **denies** the request for an extensive delay as Plaintiffs have failed to show good cause. As demonstrated by the successful service on all Defendants, Plaintiffs have shown they have contact information for Defendants but have not demonstrated why they are now apparently unable to communicate with the Defendants.

      Therefore, the Court **vacates** the Scheduling Conference currently set for August 13, 2015, and **reschedules** it for **August 27, 2015 at 10:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

      <u>The Plaintiffs shall notify all parties who have not entered an appearance of the new date and time of the Scheduling Conference.</u>

      Further, parties are to hold a pre-scheduling conference meeting and jointly prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) on or before **August 17, 2015**. The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures V.L., **no later than five (5)**

**business days** prior to the scheduling conference.  **The proposed Scheduling Order is also to be submitted in a useable format (<u>i.e., Word or WordPerfect only</u>) by email to Magistrate Judge Hegarty at *Hegarty_Chambers@cod.uscourts.gov*.**

All other aspects of the Court's Order setting the Scheduling Conference remain in effect. *See* docket #7.

As a reminder, anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2(b).